UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>       v.<br><br>LUIS ANTONIO HUAPE RODRIGUEZ (1), AND JUAN CARLOS HUAPE RODRIGUES (2),<br><br>             Defendants. | Case No.:   22-CR-1678-JLS<br><br>Order Continuing Motion Hearing/Trial Setting |

Pursuant to joint motion and good cause appearing, the Court continues the Motion Hearing/Trial Setting from September 21, 2022, at 1:30pm to November 2, 2022, at 1:30pm. Defendants released on bond shall file an acknowledgment of the new hearing date within one week of this order.

For the reasons set forth in the joint motion, pursuant to the Speedy Trial Act time is excluded from September 21, 2022, to and including November 2, 2022.

So ordered.

Dated:  September 15, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge